AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

### Northern District of California

Celese Cook, et al.

                        Plaintiff (s),

      V.

United Insurance Company of America

                        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 11-01179 MMC

Notice is hereby given that, subject to approval by the court, __United Insurance Company of America__ substitutes
(Party (s) Name)

__Catherine M. Dacre__, State Bar No. __141988__ as counsel of record in
(Name of New Attorney)

place of __Marlene S. Muraco (154240), Littler Mendelson, P.C., 50 W. San Fernando, 15th Flr, San Jose, CA 95113.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Seyfarth Shaw LLP |
| Address: | 560 Mission Street, Suite 3100 San Francisco, CA 94105 |
| Telephone: | 415-397-2823      Facsimile 415-397-8549 |
| E-Mail (Optional): | cdacre@seyfarth.com |

I consent to the above substitution.

Date: __4-4-11__

                                                   (Signature of Party (s))

JEFFERY G. EATON

I consent to being substituted.

Date: __4-4-11__

                                     (Signature of Former Attorney (s))

MARLENE S. MURACO

I consent to the above substitution.
Date: __April 4, 2011__

                                    (Signature of New Attorney)

CATHERINE M. DACRE

The substitution of attorney is hereby approved and so ORDERED.

Date: __April 15, 2011__

                                              Judge

MAXINE M. CHESNEY

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com